IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXXONMOBIL OIL CORPORATION,<br><br>     Plaintiff,<br><br>v.<br><br>HYUNDAI MOBIS, CO., LTD., MOBIS AMERICA, INC., MOBIS PARTS AMERICA, LLC, MOBIS PARTS DETROIT, LLC, and MOBIS ALABAMA, LLC,<br><br>     Defendants. | C.A. No. |

**PLAINTIFF EXXONMOBIL OIL CORPORATION'S DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1(a)**

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiff ExxonMobil Oil Corporation ("Mobil") advises the Court that it does not have any parent corporation nor is there any publicly held corporation that owns 10% or more of its stock. Mobil reserves the right to supplement this statement, if necessary, pursuant to Rule 7.1(b).

Of Counsel:

Louis T. Pirkey
William G. Barber
Stephen P. Meleen
PIRKEY BARBER LLP
600 Congress Avenue, Suite 2120
Austin, Texas 78701
(512) 322-5200

Dated: March 28, 2007

William J. Wade (#704)
wade@rlf.com
Gregory E. Stuhlman (#4765)
stuhlman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
*Attorneys for Plaintiff ExxonMobil Oil Corporation*

RLF1-3131014-1