| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following ☐ Patents or X Trademarks:

| DOCKET NO.<br>07cv177 | DATE FILED<br>03/28/2007 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>ExxonMobil Oil Corporation | | DEFENDANT<br>Hyundai Mobis Co. Ltd et. al. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 337,002 | 07/28/1936 | Mobil |
| 2 | 363,312 | 12/20/1938 | Mobil |
| 3 | 1,015,027 | 07/08/1975 | Mobil |
| 4 | 1,020,511 | 09/16/1975 | Mobil |
| 5 | 1,046,513 | 08/17/1976 | Mobil |
| | 1,049,824 | 10/05/1976 | Mobil |
| | 1,053,493 | 11/30/1976 | Mobil 1 |
| | 1,491,099 | 06/7/1988 | Mobil Travel Guide |
| | 2,133,386 | 01/27/1998 | Mobil 1 |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

| PETER T. DALLEO, CLERK OF COURT | | March 29, 2007 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**