IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXXONMOBIL OIL CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>HYUNDAI MOBIS, CO., LTD., MOBIS AMERICA, INC., MOBIS PARTS AMERICA, LLC, MOBIS PARTS DETROIT, LLC, and MOBIS ALABAMA, LLC,<br><br>    Defendants. | C.A. No. 07-177 |

TO:   Mobis Parts Detroit, LLC
      c/o The Corporation Trust Company
      Corporation Trust Center
      1209 Orange Street
      Wimington, Delaware 19801

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEYS
**William J. Wade, Esquire**
**Gregory E. Stuhlman, Esquire**
**Richards, Layton & Finger**
**One Rodney Square**
**Wilmington, DE 19899**
**(302) 651-7700**

an answer to the complaint which is herewith served upon you, within <u>twenty (20) days</u> after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                           MAR 28 2007
_____               _____
CLERK                                     DATE

_____
(By) DEPUTY CLERK

RLF1-3131043-1

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | Date    July 24, 2007 |
| NAME OF SERVER (Print)<br>Pat Casper | Title |

*Check one box below to indicate appropriate method of service*

☐     Served personally upon the defendant. Place where served: _____

☐     Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐     Returned unexecuted: _____

☑     Other (specify): <u>Pursuant to agreement of Defendants, service was made by First Class Mail.</u>

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    July 24, 2007            *Pat Casper*
Signature of Server

<u>Richards, Layton & Finger, One Rodney Square,</u>
<u>Wilmington, Delaware 19801</u>
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

RLF1-3131043-1