IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXXONMOBIL OIL CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HYUNDAI MOBIS, CO., LTD., MOBISAMERICA, )<br>INC., MOBIS PARTS AMERICA, LLC, MOBIS PARTS )<br>DETROIT, LLC, and MOBIS ALABAMA, LLC, )<br>)<br>Defendants. ) | C.A. NO. 07-177-GMS |

**CONSENT TO EXTENSION OF TIME**
**TO RESPOND TO COMPLAINT**

ExxonMobil Oil Corporation ("Mobil"), by and through its undersigned counsel and subject to the approval of the Court, hereby consents to extend the time within which defendants Hyundai Mobis, Co., Ltd., Mobis America, Inc., Mobis Parts America, LLC, Mobis Parts Detroit, LLC and Mobis Alabama, LLC (collectively "Defendants") must answer, move or otherwise respond to the Complaint herein to and including September 19, 2007. The basis for the Defendants' request for an extension of the time to answer and the reason that Mobil has consented to the request is that the parties have scheduled a mediation with a third-party neutral to commence on or about August 29, 2007, which mediation may resolve the issues in this case and obviate the need for defendants to answer, move or otherwise respond to the Complaint.

DATED:   July 26, 2007

*[signature: William Wade]*

Of Counsel:
Louis T. Pirkey
William G. Barber
Stephen P. Meleen
PIRKEY BARBER LLP
600 Congress Avenue, Suite 2120
Austin, Texas 78701
(512) 322-5200

William J. Wade (#704)
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, Delaware 19801
(302) 651-7700
(302) 651-7701 (fax)
Attorneys for ExxonMobil Oil Corporation

SO ORDERED this _____ day of _____, 2007.

_____
Chief Judge

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 26, 2007, copies of the foregoing document were served on the following attorneys of record in the manner and at the addresses indicated:

**BY HAND DELIVERY AND ELECTRONIC MAIL**

Michelle W. Alvey, Esquire
Blackwell Sanders
720 Olive Street, Suite 2400
St. Louis, Missouri 63101
malvey@blackwellsanders.com

William J. Wade (#704)
wade@rlf.com

Dated: July 26, 2007

-1-