## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EXXONMOBIL OIL CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-177-GMS |
| | ) | |
| HYUNDAI MOBIS, CO., LTD., MOBIS | ) | |
| AMERICA, INC., MOBIS PARTS | ) | |
| AMERICA, LLC, MOBIS PARTS DETROIT, | ) | |
| LLC, and MOBIS ALABAMA, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Anne S. Gaza of Richards, Layton & Finger is substituted

for Gregory E. Stuhlman of Richards, Layton & Finger as counsel for Plaintiff ExxonMobil Oil

Corporation.  William J. Wade and Richards, Layton & Finger continue to represent Plaintiff

ExxonMobil Oil Corporation in this matter.

Of Counsel:
Louis T. Pirkey
William G. Barber
Stephen P. Meleen
PIRKEY BARBER LLP
600 Congress Avenue, Suite 2120
Austin, Texas 78701
(512) 322-5200

William J. Wade (#704)
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, Delaware 19801
(302) 651-7700
(302) 651-7701 (fax)
Attorneys for ExxonMobil Oil Corporation

Dated:  August 7, 2007

RLF1-3186230-1

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 7, 2007, copies of the foregoing document

were served on the following attorneys of record in the manner and at the addresses indicated:

### BY ELECTRONIC MAIL

Michelle W. Alvey, Esquire
Blackwell Sanders
720 Olive Street, Suite 2400
St. Louis, Missouri 63101
malvey@blackwellsanders.com

William J. Wade  (#704)
wade@rlf.com

Dated:  August 7, 2007

-1-