IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXXONMOBIL OIL CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-177 (GMS) |
| | ) |
| HYUNDAI MOBIS, CO., LTD., MOBIS AMERICA, INC., MOBIS PARTS AMERICA, LLC, MOBIS PARTS DETROIT, LLC, and MOBIS ALABAMA, LCC, | ) ) ) ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' RULE 7.1 DISCLOSURE

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel certify the following:

The publicly held corporation owning 10% or more of Hyundai Mobis, Co., Ltd.'s stock is KIA Motors Corporation;

The parent corporation and/or the publicly held corporation owning 10% or more of Mobis America, Inc.'s stock is Hyundai Mobis, Co., Ltd.;

The parent corporation of Mobis Parts America, LLC is Mobis America, Inc.;

The parent corporation of Mobis Parts Detroit, LLC is Mobis America, Inc.; and

99999.0245

The parent corporation of Mobis Alabama, LLC is Mobis America, Inc.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ John W. Shaw*

John W. Shaw (No. 3362)
Chad S.C. Stover (No. 4919)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
cstover@ycst.com

Attorneys for Defendants

OF COUNSEL

Michelle Alvey
Anthony Martin
BLACKWELL SANDERS LLP
720 Olive Street, 24th Floor
St. Louis, MO 63101
(314) 345-6000

Dated: September 19, 2007

## CERTIFICATE OF SERVICE

I, Chad S.C. Stover, hereby certify that on September 19, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>William J. Wade
>Gregory E. Stuhlman
>Anne Shea Gaza
>RICHARDS, LAYTON & FINGER, P.A.
>One Rodney Square
>Wilmington, DE 19801

I further certify that on September 19, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

>**BY E-MAIL**
>
>Louis T. Pirkey
>William G. Barber
>Stephen P. Meleen
>PIRKEY BARBER LLP
>600 Congress Avenue, Suite 2120
>Austin, TX 79701

YOUNG CONAWAY STARGATT & TAYLOR, LLP

  /s/ Chad S.C. Stover
John W. Shaw (No. 3362)
Chad S.C. Stover (No. 4919)
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
cstover@ycst.com

Attorneys for Defendants

99999.0245