# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ANNE SHEA GAZA
COUNSEL

DIRECT DIAL NUMBER
302-651-7539
GAZA@RLF.COM

January 2, 2008

**VIA CM/ECF FILING & HAND DELIVERY**

The Honorable Gregory M. Sleet
Chief Judge
United States District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801

        RE:    **ExxonMobil Oil Corporation v. Hyundai Mobis Co., Ltd., et al.,
C.A. No. 07-177 (GMS)**

Dear Chief Judge Sleet,

      We are counsel to plaintiff ExxonMobil Oil Corporation ("Mobil") in the above-referenced matter. Following up on previous conversations with Your Honor's chambers, on behalf of the parties, we wish to apprise the Court of recent developments regarding settlement negotiations. In late December of 2007, lead counsel for both Mobil and Hyundai Mobis Co., Ltd., Mobis America, Inc., Mobis Parts America, LLC, Mobis Parts Detroit, LLC and Mobis Alabama, LLC (collectively, "Mobis") held a telephone conference to discuss possible avenues for resolution of the claims in this case. Having exchanged correspondence on the issue, lead counsel for the parties have a follow-up meeting scheduled for January 29, 2008 to further discuss settlement. However, because Mobis' principals are located in Korea, the parties anticipate that these discussions will necessarily continue for several weeks.

      The parties are hopeful that they will reach an amicable settlement of the claims in this case. We appreciate Your Honor's willingness to postpone the scheduling conference and joint status report, currently set for January 7, 2007 and January 2, 2007 respectively. If it is satisfactory to the Court, the parties propose to provide the Court with a further update regarding the status of negotiations on or before February 15, 2008. If the parties have not made substantial progress towards resolving the dispute by the proposed February 15th update, they expect to proceed with the litigation and will request that the Court reset the scheduling conference.

RLF1-3239876-1

The Honorable Gregory M. Sleet
January 2, 2008
Page 2

      As always, if Your Honor has any questions or concerns regarding the foregoing, counsel are available at the Court's convenience.

Respectfully,

*Anne Shea Gaza*
Anne Shea Gaza (#4093)

ASG/afg

cc: John Shaw, Esq. (via email)
     Louis T. Pirkey, Esq. (via email)
     Stephen P. Meleen, Esq. (via email)
     William J. Wade, Esq. (via email)

RLF1-3239876-1