RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ANNE SHEA GAZA
COUNSEL

DIRECT DIAL NUMBER
302-651-7539
GAZA@RLF.COM

February 15, 2008

**VIA CM/ECF FILING & HAND DELIVERY**

The Honorable Gregory M. Sleet
Chief Judge
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      RE:    **ExxonMobil Oil Corporation v. Hyundai Mobis Co., Ltd., et al., C.A. No. 07-177 (GMS)**

Dear Chief Judge Sleet,

      We are counsel to plaintiff ExxonMobil Oil Corporation ("Mobil") in the above-referenced matter. Pursuant to Your Honor's January 4, 2008 Order, we provide this updated status letter to apprise the Court of ongoing developments in the parties' efforts to reach a settlement in this case. Counsel for defendants Hyundai Mobis Co., Ltd., Mobis America, Inc., Mobis Parts America, LLC, Mobis Parts Detroit, LLC and Mobis Alabama, LLC (collectively, "Mobis") have reviewed this letter and approved its filing.

      Since our status letter of January 2, counsel for the parties have continued to discuss settlement, and have exchanged several written proposals. On January 29, counsel held a meeting at ExxonMobil's headquarters and jointly prepared an outline of possible settlement scenarios for presentation to their respective management. As a result of those discussions, a proposal containing a potentially promising new approach to settlement was advanced just this week, and the parties are currently discussing the details of that proposal.

      The parties believe that substantial progress has been made toward settlement, and remain hopeful that they will reach an amicable settlement of the claims in this case. However, there are several issues remaining to be resolved, which must be discussed with and approved by management for both sides (including Mobis' principals in Korea), and the parties anticipate that these discussions will necessarily continue for several more weeks.

RLF1-3254318-1

The Honorable Gregory M. Sleet
February 15, 2008
Page 2

Therefore, if it is satisfactory to the Court, the parties propose to provide the Court with a further update regarding the status of negotiations on or before March 17, 2008. If the parties have not made additional substantial progress towards resolving the dispute by that time, they expect to proceed with the litigation and will request that the Court reset the scheduling conference.

As always, if Your Honor has any questions or concerns regarding the foregoing, counsel are available at the Court's convenience.

Respectfully,

Anne Shea Gaza (#4093)

cc:  John Shaw, Esq. (via email)
     Louis T. Pirkey, Esq. (via email)
     Stephen P. Meleen, Esq. (via email)
     William J. Wade, Esq. (via email)

RLF1-3254318-1