RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

WILLIAM J. WADE
DIRECTOR

DIRECT DIAL NUMBER
302-651-7518
WADE@RLF.COM

March 17, 2008

**VIA CM/ECF FILING**

The Honorable Gregory M. Sleet
Chief Judge
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      RE    **ExxonMobil Oil Corporation v. Hyundai Mobis Co., Ltd., et al.,**
            **C.A. No. 07-177 (GMS)**

Dear Chief Judge Sleet,

    We are counsel to plaintiff ExxonMobil Oil Corporation ("Mobil") in the above-referenced matter. Further to our letter of February 15, 2008, we provide this updated status letter to apprise the Court of ongoing developments in the parties' efforts to reach a settlement in this case. Counsel for defendants Hyundai Mobis Co., Ltd., Mobis America, Inc., Mobis Parts America, LLC, Mobis Parts Detroit, LLC and Mobis Alabama, LLC (collectively, "Mobis") have reviewed this letter and approved its filing.

    Since our status letter of February 15, counsel for the parties have continued to discuss settlement. Mobis provided a written proposed term sheet to Mobil just prior to our last report to you, and Mobil has responded. The parties have been working toward settlement diligently and in good faith, and believe they are making progress. However, because both companies operate globally and offer many products and services, there are a number of complex issues yet to be resolved.

    The parties appreciate the Court's continued patience as they attempt to reach an amicable settlement of the claims in this case. While this process has taken longer than the parties had initially anticipated, the parties are hopeful that a settlement agreement will be reached, or at least greatly advanced, within the next sixty days.

RLF1-3263356-1

The Honorable Gregory M. Sleet
March 17, 2008
Page 2

    Therefore, if it is satisfactory to the Court, the parties respectfully propose to provide the Court with a further update regarding the status of negotiations on or before May 19, 2008. As always, if Your Honor has any questions or concerns regarding the foregoing, counsel are available at the Court's convenience.

    Thank you for your consideration.

                                         Respectfully,

                                         William J. Wade (#704)

WJW/pc

cc:    John Shaw, Esq. (via email)
        Louis T. Pirkey, Esq. (via email)
        Stephen P. Meleen, Esq. (via email)

RLF1-3263356-1