IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXXONMOBIL OIL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HYUNDAI MOBIS, CO., LTD., MOBIS<br>AMERICA, INC., MOBIS PARTS AMERICA,<br>LLC, MOBIS PARTS DETROIT, LLC,<br>and MOBIS ALABAMA, LCC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-177 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that Chad S.C. Stover (No. 4919) withdraws from his representation of defendants Hyundai Mobis, Co., Ltd., Mobis America, LLC, Mobis Parts America, LLC, Mobis Parts Detroit, LLC, and Mobis Alabama, LCC. Defendants continue to be represented in this action by the law firm of Young Conaway Stargatt & Taylor, LLP.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John W. Shaw
John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

*Attorneys for Defendants*

Dated: April 8, 2008

## CERTIFICATE OF SERVICE

I, Chad S.C. Stover, hereby certify that on April 8, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> William J. Wade
> Gregory E. Stuhlman
> Anne Shea Gaza
> RICHARDS, LAYTON & FINGER, P.A.
> One Rodney Square
> Wilmington, DE 19801

I further certify that on April 8, 2008, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated:

> **BY E-MAIL**
>
> Louis T. Pirkey
> William G. Barber
> Stephen P. Meleen
> PIRKEY BARBER LLP
> 600 Congress Avenue, Suite 2120
> Austin, TX 79701

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Chad S.C. Stover

John W. Shaw (No. 3362)
Chad S.C. Stover (No. 4919)
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
cstover@ycst.com