RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILLIAM J. WADE            WILMINGTON, DELAWARE 19801            DIRECT DIAL NUMBER
DIRECTOR                          (302) 651-7700                              302-651-7518
                                         FAX (302) 651-7701                       WADE@RLF.COM
                                              WWW.RLF.COM

May 19, 2008

**VIA CM/ECF FILING**

The Honorable Gregory M. Sleet
Chief Judge
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      RE    *ExxonMobil Oil Corporation v. Hyundai Mobis Co., Ltd., et al.,*
             **C.A. No. 07-177 (GMS)**

Dear Chief Judge Sleet,

      We are counsel to plaintiff ExxonMobil Oil Corporation ("Mobil") in the above-referenced matter. Further to our letter of March 17, 2008, we provide this updated status letter to apprise the Court of ongoing developments in the parties' efforts to reach a settlement in this case. Counsel for defendants Hyundai Mobis Co., Ltd., Mobis America, Inc., Mobis Parts America, LLC, Mobis Parts Detroit, LLC and Mobis Alabama, LLC (collectively, "Mobis") have reviewed this letter and approved its filing.

      Since our status letter of March 17, counsel for the parties have continued to discuss settlement and appear to have reached agreement in a number of areas. The parties continue to work toward settlement diligently and in good faith, and continue to believe that the potential for complete resolution of this case is very high. However, because both companies operate globally and offer many products and services, there remain a number of details to be resolved.

      The parties very much appreciate the Court's continued patience as they attempt to reach an amicable settlement of the claims in this case. While this process has taken longer than the parties had anticipated, the parties are hopeful that a settlement agreement will be reached within the next sixty days.

      Therefore, if it is satisfactory to the Court, the parties respectfully propose to provide the Court with a further update regarding the status of negotiations on or before July 21, 2008. As

The Honorable Gregory M. Sleet
May 19, 2008
Page 2

always, if Your Honor has any questions or concerns regarding the foregoing, counsel are available at the Court's convenience.

    Thank you for your consideration.

Respectfully,

William J. Wade (#704)

WJW/pc

cc:    John Shaw, Esq. (via email)
        Louis T. Pirkey, Esq. (via email)
        Stephen P. Meleen, Esq. (via email)