

Anne Shea Gaza
Counsel
302-651-7539

July 21, 2008

**VIA CM/ECF FILING**

The Honorable Gregory M. Sleet
Chief Judge
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

        RE    ExxonMobil Oil Corporation v. Hyundai Mobis Co., Ltd., et al.,
              C.A. No. 07-177 (GMS)

Dear Chief Judge Sleet,

    We are counsel to plaintiff ExxonMobil Oil Corporation ("Mobil") in the above-referenced matter. Further to our letter of May 19, 2008, we provide this updated status letter to apprise the Court of ongoing developments in the parties' efforts to reach a settlement in this case. Counsel for defendants Hyundai Mobis Co., Ltd., Mobis America, Inc., Mobis Parts America, LLC, Mobis Parts Detroit, LLC and Mobis Alabama, LLC (collectively, "Mobis") have reviewed this letter and approved its filing.

    Since our status letter of May 19, Mobil has provided a proposed written settlement agreement to Mobis. This proposed agreement, which would resolve all issues in this case, incorporates the principal terms of settlement that the parties' counsel had discussed and includes proposed terms for the remaining details mentioned in our May 19 letter. Mobis is reviewing that agreement and preparing a response. The parties continue to work toward settlement diligently and in good faith, and continue to believe that the potential for complete resolution of this case is very high.

    The parties very much appreciate the Court's continued patience as they attempt to reach an amicable settlement of the claims in this case. While this process continues to take longer than the parties had anticipated, the parties believe they are making steady progress and remain hopeful that a final settlement agreement will be reached soon.

    Therefore, if it is satisfactory to the Court, the parties respectfully propose to provide the Court with a further update regarding the status of negotiations on or before September 22, 2008. As always, if Your Honor has any questions or concerns regarding the foregoing, counsel are available at the Court's convenience.

July 21, 2008
Page 2

      Thank you for your consideration.

                                    Respectfully,

                                    Anne Shea Gaza (#4093)

ASG/afg

cc:    John Shaw, Esq. (via email)
       Louis T. Pirkey, Esq. (via email)
       Stephen P. Meleen, Esq. (via email)

RLF1-3304706-1